**Opinion issued January 30, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00632-CV

————————————

**LACEY WEST FOWLER, Appellant**

**V.**

**JULIE ANN BADIA AND JAMES FRANCIS BADIA, Appellees**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-45747C**

---

## MEMORANDUM OPINION

Appellant, Lacey West Fowler, has neither established indigence for purposes of appellate costs nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* Tex. R. Civ. P. 145; Tex. R. App. P. 37.3(a). After being notified that this appeal was subject to dismissal, appellant has not

responded to this Court's notice and a clerk's record has not been filed. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.